# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:03cv64

| | |
|---|---|
| DEAN I. SINGLETON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER OF REMAND |
| | ) TO DEFENDANT PLANS |
| TEMPORARY DISABILITY BENEFITS | ) |
| PLAN FOR SALARIED EMPLOYEES OF | ) |
| CHAMPION INTERNATIONAL | ) |
| CORPORATION #505, et al. | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** having come on to be heard upon remand to this court, pursuant to unpublished opinion No. 05-1341 of the United States Court of Appeals for the Fourth Circuit, and this court having fully considered such mandate,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** as follows:

(1) Plaintiff shall have 90 days from the date of entry of this Order to submit to Defendant Temporary Disability Benefits Plan for Salaried Employees of Champion International Corporation #505 and Defendant Long Term Disability Benefits Plan for Salaried Employees of Champion International Corporation #506 ("Defendant Plans") such materials and information that he considers relevant to his claims for benefits under the Defendant Plans. Any

-1-

submission within such period shall be deemed a timely claim.

(2) Upon receipt of a submission by Plaintiff within such 90-day period, Defendant Plans shall process such materials and information as claims in accordance with ERISA and with Sections 11 of the respective Plans.

(3) All further processing of such claims, including any review of a denied claim, shall be in accordance with Sections 11 and 12 of the Temporary Plan and Section 11 of the Long Term Plan.

(4) Within 30 days following conclusion of such claims processing, including any review, the parties shall report to this court regarding the processing and disposition of such claims.

(5) The actions of the Defendant Plans shall be subject to review by this court, by way of Motion within this Civil Action, in accordance with the decision of the United States Court of Appeals for the Fourth Circuit, and other applicable authority.

Signed: July 6, 2006

Dennis L. Howell
United States Magistrate Judge