# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:03cv64

| | |
|---|---|
| DEAN I. SINGLETON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STATUS ORDER |
| ) | |
| TEMPORARY DISABILITY BENEFITS ) | |
| PLAN FOR SALARIED EMPLOYEES OF ) | |
| CHAMPION INTERNATIONAL ) | |
| CORPORATION #505, et al. ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** having come on to be heard upon remand to this court, pursuant to unpublished opinion No. 05-1341 of the United States Court of Appeals for the Fourth Circuit, and this court having fully considered such mandate, and having issued this court's Order of Remand to Defendants' Plans in obedience to such mandate; and it further appearing to the court that counsel for the respective parties represented to this court on May 3, 2007, that certain action would be taken in the administrative proceedings before such Plans within 15 days thereof, and that sufficient time has now elapsed for such proceedings to have been concluded,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** as follows: that counsel for the respective parties as well as the respective administrators of such plans

appear and **SHOW CAUSE** unto this court on Friday, November 9, 2007, at 9 a.m., why such matter has not been resolved and why this matter is still pending on this court's docket after more than four years.

Signed: October 22, 2007

Dennis L. Howell
United States Magistrate Judge