# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA ASHEVILLE DIVISION
## 1:03cv064

| | |
|---|---|
| DEAN I. SINGLETON, ) | |
| ) | |
| Plaintiff ) | |
| ) | **ORDER** |
| v ) | |
| ) | |
| TEMPORARY DISABILITY BENEFITS ) | |
| PLAN FOR SALARIED EMPLOYEES ) | |
| OF CHAMPION INTERNATIONAL ) | |
| CORPORATION #505, et al, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** has become on before the court, pursuant to the court's status Order (#50) directing that counsel for the parties appear and report to the court in regard to the status of this case. At the call of this matter, it appeared that the plaintiff had, on November 1, 2007, filed a report and a Motion for Summary Judgment in regard to limited issues that were still remaining to be determined in this matter. After consultation with counsel for the plaintiff and counsel for the defendants, said counsel advised the court that they desired to see if they could resolve the limited issues that remained for decision through mediation. The undersigned agrees with the position of counsel and recommends that mediation take place immediately.

## ORDER

**IT IS, THEREFORE**, **ORDERED, ADJUDGED and DECREED** as follows:

1. That mediation shall be held in regard to this matter and shall be completed on or before **January 8, 2008.**

2. That all proceedings in this matter shall be **STAYED** pending mediation. If this matter is not resolved at mediation, the defendants shall be allowed up to and including

**January 15, 2008** to respond to the Plaintiff's Motion for Summary Judgment and to file any other dispositive motions in this matter.

Signed: November 15, 2007

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge